PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
2:17CR00284-001SWS

DOCKET NUMBER *(Rec. Court)*
EP18CR0532

JUDGE DAVID GUADERRAMA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Mendoza | New Mexico | |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Scott W. Skavdahl, United States District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 04/18/2017 | 04/17/2020 |

OFFENSE
Ct. 1: 21 U.S.C. § 846: Conspiracy to Possess With Intent to Distribute Marijuana
Ct. 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(D): Possession With Intent to Distribute Marijuana

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____New Mexico____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/28/2018
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Texas___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

03-05-18
Effective Date

_____
United States District Judge

# U.S. District Court
## District of New Mexico - Version 6.2.1 (Las Cruces)
### CRIMINAL DOCKET FOR CASE #: 2:17-cr-00284-SWS-1

| | |
|---|---|
| Case title: USA v. Mendoza | Date Filed: 02/01/2017 |
| Magistrate judge case number: 2:16-mj-04510-CG | Date Terminated: 04/18/2017 |

Assigned to: District Judge Scott W. Skavdahl

**Defendant (1)**

| | | |
|---|---|---|
| **Michael Mendoza**<br>*TERMINATED: 04/18/2017* | represented by | **Rachel A. Nathanson**<br>Federal Public Defender<br>506 S. Main St.<br>Suite 400<br>Las Cruces, NM 88001<br>575-527-6930<br>Fax: 575-527-6933<br>Email: rachel_nathanson@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846: CONSPIRACY<br>(1) | SENTENCE IMPOSED: CBOP 9 days or time served, whichever is less as to each count, said counts to run concurrent; 3 years supervised release as to each count, said terms to run concurrent with special conditions; SPA 200.00 |
| 21:841(a)(1) and (b)(1)(D): POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA; 18:2: AIDING AND ABETTING<br>(2) | SENTENCE IMPOSED: CBOP 9 days or time served, whichever is less as to each count, said counts to run concurrent; 3 years supervised release as to each count, said terms to run concurrent with special conditions; SPA 200.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841(a)(1) Possession with Intent to Distribute approximately 40.4 kilograms of Marijuana; 21:846 Conspiracy | SENTENCE IMPOSED: CBOP 9 days or time served, whichever is less as to each count, said counts to run concurrent; 3 years supervised release as to each count, said terms to run concurrent with special conditions; SPA 200.00 |

**Plaintiff**

USA                                  represented by   **Clara Nevarez Cobos**
United States Attorney's Office
200 N. Church Street
Las Cruces, NM 88001
575-323-5259
Fax: (575) 522-2391
Email: Clara.Cobos@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2016 | | Arrest of Michael Mendoza (jv*) [2:16-mj-04510-CG] (Entered: 12/28/2016) |
| 12/28/2016 | | Set Hearing as to Michael Mendoza: Initial Appearance set for 12/29/2016 at 08:37 AM in Las Cruces - 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Gregory J. Fouratt. (jv*) [2:16-mj-04510-CG] (Entered: 12/28/2016) |
| 12/29/2016 | 1 | COMPLAINT as to Michael Mendoza. (nr) [2:16-mj-04510-CG] (Entered: 12/29/2016) |
| 12/29/2016 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Rachel A. Nathanson for Michael Mendoza by Magistrate Judge Gregory J. Fouratt (nr) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [2:16-mj-04510-CG] (Entered: 12/29/2016) |
| 12/29/2016 | | Attorney update in case as to Michael Mendoza. Attorney Clara Nevarez Cobos for USA added. (nr) [2:16-mj-04510-CG] (Entered: 12/29/2016) |

| | | |
|---|---|---|
| 12/29/2016 | 4 | **Clerk's Minutes of Initial Presentment hearing** held before Magistrate Judge Gregory J. Fouratt: Initial Appearance as to Michael Mendoza held on 12/29/2016. Defendant advised of rights/penalties. Attorney to be appointed. Appearances: AUSA Aaron Jordan; AFPD: Barbara Mandel, FPD Standing In; Recorded: Liberty-Sierra Blanca. Rights: 8:30 AM - 8:33 AM. Time In Session: 8:38 AM - 8:41 AM.<br>**NOTICE OF HEARING: Preliminary/Detention Hearing is hereby set before Judge Garza, Carmen E. for 1/4/2017, at 09:35 AM in Las Cruces - 340 Sierra Blanca Courtroom (North Tower), U.S. District Courthouse, 100 N. Church St., Las Cruces, New Mexico.** THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.(nr*) [2:16-mj-04510-CG] (Entered: 12/29/2016) |
| 01/04/2017 | 6 | Clerk's Minutes for proceedings held before Magistrate Judge Carmen E. Garza: Preliminary/Detention Hearing as to Michael Mendoza held on 1/4/2017 (Recording Info: LCR: Sierra Blanca) (nr) [2:16-mj-04510-CG] (Entered: 01/04/2017) |
| 01/04/2017 | 7 | WAIVER of Preliminary Hearing/Grand Jury Presentment within 75 days for a total of 105 days pursuant to 18:3161 by Michael Mendoza (nr) [2:16-mj-04510-CG] (Entered: 01/04/2017) |
| 01/04/2017 | 8 | ORDER TO CONTINUE - Ends of Justice as to Michael Mendoza by Magistrate Judge Carmen E. Garza (nr) [2:16-mj-04510-CG] (Entered: 01/04/2017) |
| 01/04/2017 | 9 | PLEASE TAKE NOTICE that this case has been reassigned to Magistrate Judge Carmen E. Garza.<br><br>The first page of each document must have the case file number and initials of the assigned judge. *Accordingly, further documents filed in this matter must bear the case number and the judge's initials shown in the case caption and the NEF for this document.* Kindly reflect this change in your filings.<br><br>Magistrate Judge Gregory J. Fouratt no longer assigned to this case.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (bw) [2:16-mj-04510-CG] (Entered: 01/04/2017) |
| 01/05/2017 | 10 | ORDER Setting Conditions of Release by Magistrate Judge Carmen E. Garza (arn) [2:16-mj-04510-CG] (Entered: 01/05/2017) |
| 01/05/2017 | 11 | APPEARANCE Bond Entered as to Michael Mendoza (arn) [2:16-mj-04510-CG] (Entered: 01/05/2017) |
| 01/23/2017 | 13 | NOTICE OF HEARING as to Michael Mendoza: Change of Plea Hearing set for 2/1/2017 at 1:30 PM in Las Cruces - 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Carmen E. Garza. (bw)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [2:16-mj-04510-CG] (Entered: 01/23/2017) |
| 02/01/2017 | 15 | INFORMATION as to Michael Mendoza (1) count(s) 1, 2. (bc) (Entered: |

| | | |
|---|---|---|
| | | 02/02/2017) |
| 02/01/2017 | 16 | CONSENT TO PLEA BEFORE US MAGISTRATE JUDGE by Michael Mendoza (bc) (Entered: 02/02/2017) |
| 02/01/2017 | 17 | WAIVER OF INDICTMENT by Michael Mendoza (bc) (Entered: 02/02/2017) |
| 02/01/2017 | 18 | PLEA AGREEMENT as to Michael Mendoza (bc) (Entered: 02/02/2017) |
| 02/01/2017 | 19 | Clerk's Minutes for proceedings held before Magistrate Judge Carmen E. Garza: Plea Hearing as to Michael Mendoza held on 2/1/2017, Plea entered by Michael Mendoza (1) Guilty Count 1,2. (Recording Info: LCR Sierra Blanca) (bc) (Entered: 02/02/2017) |
| 03/09/2017 | 21 | Unopposed MOTION to Modify Conditions of Release by Michael Mendoza. (Nathanson, Rachel) (Entered: 03/09/2017) |
| 03/16/2017 | 25 | ORDER AMENDING CONDITIONS OF RELEASE by Magistrate Judge Carmen E. Garza granting 21 Motion to Modify Conditions of Release as to Michael Mendoza (1) (bw) (Entered: 03/16/2017) |
| 04/11/2017 | 27 | PLEASE TAKE NOTICE that this case has been reassigned to District Judge Scott W. Skavdahl. Please direct all inquiries to JoAnn Standridge at JoAnn_Standridge@nmcourt.fed.us<br><br>The first page of each document must have the case file number and initials of the assigned judge. *Accordingly, further documents filed in this matter must bear the case number and the judge's initials shown in the case caption and the NEF for this document.* **Kindly reflect this change in your filings.**<br><br>Judge LC Visiting no longer assigned to this case.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (js) (Entered: 04/11/2017) |
| 04/11/2017 | 28 | NOTICE OF HEARING as to Michael Mendoza: Sentencing set for 4/18/2017 at 09:35 AM in Las Cruces - 320 Tortugas Courtroom (North Tower) before District Judge Scott W. Skavdahl. Please direct all inquiries to JoAnn Standridge at JoAnn_Standridge@nmcourt.fed.us (js)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 04/11/2017) |
| 04/18/2017 | 29 | Clerk's Minutes for proceedings held before District Judge Scott W. Skavdahl: Sentencing held on 4/18/2017 for Michael Mendoza (1), 1, 2, SENTENCE IMPOSED: CBOP 9 days or time served, whichever is less as to each count, said counts to run concurrent; 3 years supervised release as to each count, said terms to run concurrent with special conditions; SPA 200.00. (Recording Info: LCR - Tortugas) (jn) (Entered: 04/19/2017) |
| 04/20/2017 | 30 | JUDGMENT by District Judge Scott W. Skavdahl as to Michael Mendoza (jn) (Entered: 04/20/2017) |
| 02/28/2018 | 31 | ORDER Transferring Jurisdiction - Part I as to Michael Mendoza by District Judge Kenneth J. Gonzales on 2/28/2018, pursuant to 18 U.S.C. 3605 for purposes of probation or supervised release. This document will be sent by |

|  |  | USPPS-DNM to the receiving district for execution of Part 2, Order Accepting Jurisdiction. (jjs) (Entered: 02/28/2018) |

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

17 FEB -1 PM 2: 19

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 17-284 VSI |
| ) | |
| vs. ) | Count 1: 21 U.S.C. § 846: Conspiracy |
| ) | |
| MICHAEL MENDOZA, ) | Count 2: 21 U.S.C. §§ 841(a)(1) and |
| ) | (b)(1)(D): Possession with Intent to |
| Defendant. ) | Distribute Marijuana; 18 U.S.C. § 2: |
| ) | Aiding and Abetting. |

INFORMATION

The United States Attorney charges:

Count 1

On or about December 27, 2016, in Otero County, in the District of New Mexico, and elsewhere, the defendant, **MICHAEL MENDOZA**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the Government to commit an offense defined in 21 U.S.C. §§ 841(a)(1) and (b)(1)(D), specifically, possess with intent to distribute marijuana.

In violation of 21 U.S.C. § 846.

Count 2

On or about December 27, 2016, in Otero County, in the District of New Mexico, the defendant, **MICHAEL MENDOZA**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, marijuana.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D), and 18 U.S.C. § 2.

DAMON P. MARTINEZ
United States Attorney

*for* CLARA N. COBOS
Special Assistant U.S. Attorney
555 S. Telshor Blvd., Suite 300
Las Cruces, NM 88011
(575) 522-2304

11

AO 245B (Rev 11/16) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
### District of New Mexico

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| V. | |
| MICHAEL MENDOZA | Case Number: **2:17CR00284-001SWS**<br>USM Number: **89865-051**<br>Defendant's Attorney: **Rachel A. Nathanson (AFPD)** |

THE DEFENDANT:

☒ pleaded guilty to count(s) **1 and 2 of Information**.
☐ pleaded nolo contendere to count(s)  which was accepted by the court.
☐ was found guilty on count(s)  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| *Title and Section* | *Nature of Offense* | *Offense Ended* | *Count* |
|---|---|---|---|
| 21 U.S.C. Sec. 846 | Conspiracy to Possess With Intent to Distribute Marijuana, 21 U.S.C. Sec. 841(b)(1)(D) | 12/27/2016 | 1 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) .
☐ Count(s)  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**04/18/2017**
Date of Imposition of Judgment

**/s/ Scott W. Skavdahl**
Signature of Judge

**Honorable Scott W. Skavdahl**
**United States District Judge**
Name and Title of Judge

**04/20/2017**
Date

AO 245B (Rev 11/16) Judgment in a Criminal Case
Sheet 1A

Judgment - Page 2 of 8

DEFENDANT: **MICHAEL MENDOZA**
CASE NUMBER: **2:17CR00284-001SWS**

## ADDITIONAL COUNTS OF CONVICTION

| *Title and Section* | *Nature of Offense* | *Offense Ended* | *Count* |
|---|---|---|---|
| 21 U.S.C. Secs. 841(a)(1) and (b)(1)(D) | Possession With Intent to Distribute Marijuana | 12/27/2016 | 2 |

AO 245B (Rev 11/16) Judgment in a Criminal Case  Judgment - Page 3 of 8
Sheet 2 - Imprisonment

DEFENDANT: **MICHAEL MENDOZA**
CASE NUMBER: **2:17CR00284-001SWS**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **9 days or time served, whichever is less.**

**A term of nine days or time served whichever is less, is imposed as to each of Counts 1 and 2; said terms shall run concurrent.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at    on    .
  ☐ as notified by the United States Marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on    .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to
_____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev 11/16) Judgment in a Criminal Case
Sheet 3 – Supervised Release

Judgment - Page 4 of 8

DEFENDANT: **MICHAEL MENDOZA**
CASE NUMBER: **2:17CR00284-001SWS**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: **3 years** .
**A term of 3 years Supervised Release is imposed as to each of Counts 1 and 2; said terms shall run concurrent.**

## MANDATORY CONDITIONS OF SUPERVISION

1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(Check, if applicable.)*
4. ☒ You must cooperate in the collection of DNA as directed by statute. *(Check, if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state, local, or tribal sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence prevention. *(Check, if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

AO 245B (Rev 11/16)   Judgment in a Criminal Case
Sheet 5 – Special Conditions

Judgment - Page 6 of 8

DEFENDANT: **MICHAEL MENDOZA**
CASE NUMBER: **2:17CR00284-001SWS**

## SPECIAL CONDITIONS OF SUPERVISION

**You must not use or possess alcohol.**

**You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption.**

**You must not communicate, or otherwise interact, with codefendant(s)/coconspirator(s) without prior approval of the probation officer.**

**You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You may be required to pay all, or a portion, of the costs of the program.**

**You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, an alcohol monitoring technology program, and/or any form of prohibited substance screening or testing. You must not attempt to obstruct or tamper with the testing methods. You may be required to pay all, or a portion, of the costs of the testing.**

**You must participate in an educational or vocational services program and follow the rules and regulations of that program. The probation officer will approve the program (agency, location, frequency of participation, etc.) and supervise your level of participation. You may be required to pay all, or a portion, of the costs of the program.**

**You must submit to a search of your person, property, residence, vehicle, papers, computers (as defined in 18 U.S.C. 1030(e)(1)), other electronic communications or data storage devices or media, or office under your control. The probation officer may conduct a search under this condition only when reasonable suspicion exists, in a reasonable manner and at a reasonable time, for the purpose of detecting illegal drugs, alcohol, firearms, ammunition, dangerous weapons, and any other contraband . You must inform any residents or occupants that the premises may be subject to a search.**

U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

AO 245B (Rev 11/16) Judgment in a Criminal Case
Sheet 6 – Criminal Monetary Penalties

Judgment - Page 8 of 8

DEFENDANT: **MICHAEL MENDOZA**
CASE NUMBER: **2:17CR00284-001SWS**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments.
☐   The Court hereby remits the defendant's Special Penalty Assessment; the fee is waived and no payment is required.

| Totals: | **Assessment** | **JVTA Assessment*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| | $200.00 | $ | $ | $ |

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties; and (9) costs, including cost of prosecution and court costs.

Having assessed the defendant's ability to pay, payment of the total fine and other criminal monetary penalties is due as follows:
The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

A   ☒   In full immediately; or

B   ☐   $ due immediately, balance due (see special instructions regarding payment of criminal monetary penalties).

**Special instructions regarding the payment of criminal monetary penalties: Criminal monetary penalties are to be made payable by cashier's check, bank or postal money order to the U.S. District Court Clerk, 333 Lomas Blvd. NW, Albuquerque, New Mexico 87102 unless otherwise noted by the court. Payments must include defendant's name, current address, case number and type of payment.**

**A Special Penalty Assessment of $100.00 is imposed as to each of Counts 1 and 2, for a total of $200.00, which is due, in full, immediately.**

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the United States Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.