PROB 35

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

Western District of Texas

UNITED STATES OF AMERICA

v.   } Crim. No. EP-18-CR-0532(1)DCG

Michael Mendoza

On April 18, 2017, the above named Defendant was sentenced in the above numbered cause to nine (9) days or time served, whichever is less, as to Counts 1 and Count 2, to run concurrent, followed by a term of three (3) years of supervised release as to each of Counts 1 and 2 to run concurrent, for the offenses of Count 1: Conspiracy to Posses With Intent to Distribute Marijuana, a violation of 21 U.S.C. 846 and Count 2: Possession With Intent to Distribute Marijuana, a violation of 21 U.S.C. 841(a)(1) and (b)(1)(D). On March 5, 2018, the jurisdiction of the case was transferred to the Western District of Texas and assigned to the docket of the Honorable Judge David C. Guaderrama. Mendoza commenced his supervised release term on April 18, 2017, which was scheduled to be in effect until April 17, 2020. The probation officer now reports that the supervised releasee has complied with the terms and conditions of supervision and is no longer in need of any type of Court supervision. Pursuant to Title 18, United States Code, § 3583(e)(1), the U.S. Probation Officer recommends that the supervised releasee be discharged from supervision.

Respectfully submitted,

Josefina M. Lazalde, U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be relieved from supervision of the United States Probation Office, discharged from supervision, and that the proceedings in the case be terminated.

Dated this 15th day Nov of 2018.

David C. Guaderrama, United States District Judge